IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. No. 1:12-cr-180M |
| v. | |
| ANTHONY SIMONE | |

## ASSENTED TO MOTION TO CONTINUE SENTENCING

Now comes the United States of America and moves to continue the assigned sentencing hearing for the within named defendant. The Government has discussed this Motion with counsel for the Defendant and counsel has indicated he does not object. The Government avers that it needs additional time to consider the defendant's role in the offense and any mitigation factors.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

PETER F. NERONHA
United States Attorney

/s/ WILLIAM J. FERLAND
WILLIAM J. FERLAND
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401) 709-5001 (fax)
William.ferland@usdoj.gov

## CERTIFICATION

I hereby certify that on October 30, 2013, a copy of the within Government's Assented to Motion to Continue Sentencing was filed electronically and is available for viewing and downloading from the ECF system.

/s/ WILLIAM J. FERLAND
WILLIAM J. FERLAND
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5001 (fax)
WILLIAM.FERLAND@usdoj.gov